# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1600
Lower Tribunal No. F19-17877
_____

**Giancarlo Zambrano,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>Adams v. State</u>, 630 So. 2d 641, 642 (Fla. 3d DCA 1994) (holding that a jury instruction for resisting officer without violence that named the law enforcement officer was error but not fundamental error); <u>Starks v. State</u>, 627 So. 2d 1194, 1198 (Fla. 3d DCA 1993) ("'It is well-established law that where the trial judge has extended counsel an opportunity to cure any error, and counsel fails to take advantage of the opportunity, such error, if any, was invited and will not warrant reversal.'") (quoting <u>Ray v. State</u>, 403 So. 2d 956, 960 (Fla. 1981) (citation and emphasis omitted)).